RECEIVED USMS-LA
04/02/2026
FID:10554360
USMS: 76891-112

2026 APR 30   AM 8:55

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY:_____ *Plaintiff(s)*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

VS

David Villalobos

Defendant(s)

| CASE NUMBER: |
| --- |
| 2:18-CR-00173-GW-48 |
| **WARRANT FOR ARREST** |

TO:     UNITED STATES MARSHAL AND ANY AUTHORIZED UNITED STATES OFFICER

**YOU ARE HEREBY COMMANDED** to arrest <u>David Villalobos</u> and bring him/her forthwith to the nearest Magistrate Judge to answer to a(n): ☐ Complaint   ☐ Indictment   ☐ Information   ☐ Order of Court   ☒ Violation Petition

☐ Violation Notice charging him/her with: (ENTER DESCRIPTION OF OFFENSE BELOW)

in violation of Title   18   United States Code, Section(s)    3583(e)(3)

| | |
| --- | --- |
| Brian D. Karth | |
| NAME OF ISSUING OFFICER | |
| Clerk of Court | March 30, 2026; Los Angeles, California |
| TITLE OF ISSUING OFFICER | DATE AND LOCATION OF ISSUANCE |
| /s/ Javier Gonzalez | By HON. GEORGE H. WU, U.S. District Judge |
| SIGNATURE OF DEPUTY CLERK | NAME OF JUDICIAL OFFICER |

## RETURN

THIS WARRANT WAS RECEIVED AND EXECUTED WITH THE ARREST OF THE ABOVE-NAMED DEFENDANT AT (LOCATION)

DATE RECEIVED

04-29-26
DATE OF ARREST

J. Flores
NAME OF ARRESTING OFFICER

Deputy US Marshal
TITLE

SIGNATURE OF ARRESTING OFFICER

DESCRIPTIVE INFORMATION FOR DEFENDANT
CONTAINED ON PAGE TWO

G-04 (10/15)                                    WARRANT FOR ARREST