FILED
CLERK, U.S. DISTRICT COURT

APR 3 0 2026

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>              v.<br><br>DAVID VILLALOBOS,<br><br>                    Defendant. | CASE NO. CR-18-00173-GW<br><br>ORDER OF DETENTION AFTER HEARING (Fed.R.Cim.P. 32.1(a)(6) 18 U.S.C. § 3143(a) Allegations of Violations of Probation/Supervised Release Conditions) |

On arrest warrant issued by the United States District Court for the Central District of California involving alleged violations of conditions of probation/supervised release:

1. The court finds that no condition or combination of conditions will reasonably assure:

   A. ( ✓ )  the appearance of defendant as required; and/or

   B. (  )  the safety of any person or the community.

2. The Court concludes:

   A. (  )  Defendant has failed to demonstrate by clear and convincing evidence that he is not likely to pose a risk to the safety of any

---

ORDER OF DETENTION AFTER HEARING (18 U.S.C. §3142(i))

other persons or the community.  Defendant poses a risk to the safety of other persons or the community based on:

_____

_____

_____

_____

_____

B. ( ✓ )  Defendant has failed to demonstrate by clear and convincing evidence that he is not likely to flee if released.  Defendant poses a flight risk based on: Failed to report change of residence; failed to enter rehabilitation program; serious substance abuse issue

_____

_____

_____

IT IS ORDERED that defendant be detained.

DATED: April 30, 2026

*Alicia G. Rosenberg*

HONORABLE ALICIA G. ROSENBERG
UNITED STATES MAGISTRATE JUDGE

---

**ORDER OF DETENTION AFTER HEARING (18 U.S.C. §3142(i))**

CR-94 (06/07)